JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE GOMEZ, doing business as "VampireKitten Productions," an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a Delaware Corporation; and, DOES 1-10,<br><br>Defendants. | Case No.: CV 21-6425-MWF (PDx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

<u>IT IS SO ORDERED.</u>

Dated: April 26, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

1